UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERMAINE JEVON HOWARD,<br><br>      Plaintiff,<br><br>    -against-<br><br>THREE 6 MAFIA; PAUL DUANE BEAUREGARD; DARNELL CARLTON; JORDAN MICHAEL HOUSTON; SONY MUSIC/HYPNOTIZED MINDS; RAE SREMMURD; EAR DRUMA RECORDS/INTERSCOPE RECORDS; KEVIN LILES; DEF JAM RECORDS,<br><br>      Defendants. | 20-CV-6116 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued September 13, 2021, dismissing the amended complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 13, 2021
     New York, New York

                     _Louis L. Stanton_
                     Louis L. Stanton
                       U.S.D.J.